# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

FILED by D.C.
OCT 31 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

96-8747
CIV-LENARD

MAGISTRATE JUDGE
SORRENTINO

Ronald Parson )
)
)
)
(Enter above the full name of the plaintiff or plaintiffs in this action.) )
)

cat / div W. Palm Beach
Case # 96CV8747
Judge LCN Mag CLS
Motn Ifp yes Fee pd $ —
Receipt #

v.

Daniel J. Horgan )
Charles McCutcheon )
Steven Lasley )
Robert Mosley )
Christopher Knisley ) Charles LeClair
(Enter above the full name of the defendant or defendants in this action.)

## Instructions for Filing Complaint by Prisoners Under the Civil Rights Act, 42 U.S.C. §1983

This packet includes four copies of a complaint form and two copies of a forma pauperis petition. To start an action you must file an original and one copy of your complaint for each defendant you name and one copy for the court. For example, if you name two defendants, you must file the original and three copies of the complaint. You should also keep an additional copy of the complaint for your own records. <u>All copies of the complaint must be identical to the original.</u>

<u>The clerk will not file your complaint unless it conforms to these instructions and to these forms.</u>

1
Dbo

Your complaint must be legibly handwritten or typewritten. The plaintiff or plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of the form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauparis. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records. After filling in the petition, you must have it notarized by a notary public or other officer authorized to administer an oath.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes ( ) No ( X )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: ____________________

____________________

Defendants: ______________________________

______________________________

2. Court (if federal court, name the district; if state court, name the county): ______________

______________________________

3. Docket number: ______________________________

4. Name of judge to whom case was assigned: __________

______________________________

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

______________________________

______________________________

6. Approximate date of filing lawsuit: ______________

7. Approximate date of disposition: ______________

II. Place of present confinement: Palm BEAcH County DETENTION CENTER, 3228 Gun Club Road West Palm Beach, Florida

A. Is there a prisoner grievance procedure in this institution?

Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (X) No ( )

C. If your answer is YES:

1. What steps did you take? I EXHAUSTED All of My INMATE GRIEVANCE And INMATE Requests To All Defendants

2. What was the result? In Some GRIEVANCE AND REQUEST I recieved NO Reply. And in OTHERS THE Reply WAS'NT Compliant To THE LAW

D. If your answer is NO, explain why not: ______

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same additional plaintiffs, if any.)

A. Name of plaintiff Ronald Parson

Address 3228 Gun Club Road West Palm Beach, Florida

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Daniel J. Horgan

is employed as United States Marshal

at Southern District of Florida

C. Additional Defendants: Sheriff Charles McCutcheon

Col. Steven Lasley, Director of Correction Palm Beach County Jail

Major Nathaniel Jackson, Commanding Officer Palm Beach County Jail

Captain Robert Mosley, Security Officer Palm Beach County Jail

Lt. Christopher Knisley, Classification Palm Beach County Jail

Lt. Charles LeClair, Clasification Palm Beach County Jail

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not

give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary.)

(1) ON OR ABOUT MAY 1995 TO DECEMBER 1995 AND THEN JANUARY 1996 TO AUGUST 1996 THE DEFENDANTS SHERIFF CHARLES McCUTCHEON, DEPUTY SHERIFF COL. STEVEN LASLEY, DEPUTY SHERIFF MAJOR NATHANIEL JACKSON, DEPUTY SHERIFF CAPTAIN ROBERT MOSLEY, DEPUTY SHERIFF LT. CHRISTOPHER KNISLEY, DEPUTY SHERIFF LT. CHARLES LECLAIR DID KNOWINGLY AND WILLFULY CONSPIRE TO VIOLATE MY CONSTITUTIONAL RIGHTS BY PLACING ME IN ADMINISTRATIVE CONFINEMENT OVER ALLEDGED PERIOD OF TIME WITH NO JUST CAUSE.

(2) ALSO ON OR ABOUT JANUARY 1996 TO AUGUST 1996 THE DEFENDANTS DANIEL J. HORGAN UNITED STATES MARSHAL, SHERIFF CHARLES McCUTCHEON, DEPUTY SHERIFF COL. STEVEN LASLEY, DEPUTY SHERIFF MAJOR NATHANIEL JACKSON, DEPUTY SHERIFF CAPTAIN ROBERT MORLEY, DEPUTY SHERIFF LT. CHRISTOPHER KNISLEY, DEPUTY SHERIFF LT. CHARLES LECLAIR DID KNOWINGLY AND WILLFULY CONSPIRE TO VIOLATE MY CONSTITUTIONAL RIGHTS FOR FAILING TO ALLOW ME TO GO TO LAW LIBRARY, RELIGIOUS SERVICES AND CONTROLED VISITATION. THE DEFENDANTS DID DISCRIMINATE AGAINST PETITIONER FOR FAIR HOUSING AND EQUAL RIGHTS OF INMATES

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM SEEKING RELIEF FROM EACH INDIVIDUAL DEFENDANT IN AN INDIVIDUAL CAPACITY ALSO I AM SEEKING RELIEF IN A

Whole Capacity. I would like The Courts To put A Lien on Each Defendant Personal account and Assets until case is ore. In Claim one I am seeking Psycological, Emotional Stess, And Cruel and unusual punishment Damages in Excess of $50,000.00 From Each defendand. Also in Claim One I'm seek Damages For Psycological Stress, Emotional Stress and Cruel unusual punishment in Excess of $1,000,000.00 In Claim Two I'm seek Damages For Psycological Stress, Emotion Stress and Cruel and unusual punishment in Excess of $50,000. From Each Defendant. Also in Claim Two I'm seeking Damages For Psycological Stress, Emotional Stress And Cruel And Unusual Punishment For $1,500,000.

more
Please see back of form for further relief sought

Signed this 25TH day of OCTOBER, 1996

Ronald Parson

(Signature of plaintiff or plaintiffs)

**VERIFICATION**

State of FLORIDA )

County of PALM BEACH )

PETITIONER Ronald PARSON, being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

Ronald Parson

(Signature of affiant-plaintiff)

Subscribed and sworn to before me

this 29 day of October,

1996.

Karen Y. Roney

OFFICIAL NOTARY SEAL
KAREN Y RONEY
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC573131
MY COMMISSION EXP. JULY 29,2000

Relief: Also I would Like For Each Defendant To be Removed From Duty Permanently. For Failing To Comply With The Rules of This Jail And For Failing To Comply With The Law That governs My Claim.